|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP<br>80 Main Street, Suite 460<br>West Orange, NJ 07052<br>(973) 325-8800<br>Sean O'Brien, Esq.<br>Attorney for BANK OF AMERICA, N.A., Secured Creditor | Case No.: **18-27100-VFP**<br><br>Chapter 13<br><br>Judge Vincent F. Papalia |
| In Re:<br><br>**Anthony S. Sciancalepore,**<br><br>　　　　　　　　　**Debtor.** | |

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of BANK OF AMERICA, N.A., a Secured Creditor, regarding a lien on the real property located at **201 Carlton Ave, East Rutherford, NJ 07073**. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

　　　　　**ADDRESS:** BANK OF AMERICA, N.A.
　　　　　　　　　　c/o Frenkel, Lambert, Weiss, Weisman & Gordon, LLP
　　　　　　　　　　80 Main Street, Suite 460
　　　　　　　　　　West Orange, NJ 07052

　　　　　**DOCUMENTS:**
　　　　　☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
　　　　　☒ All documents and pleadings of any nature.

　　　　　　　　　　　　　　　　　**FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP**
　　　　　　　　　　　　　　　　　Attorneys for Secured Creditor

　　　　　　　　　　　　　　　　　/s/ *Sean O'Brien*　　　　　　　
Date: 09/05/2018　　　　　　　　Sean O'Brien, Esq.

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP <br> 80 Main Street, Suite 460 <br> West Orange, NJ 07052 <br> (973) 325-8800 <br> Sean O'Brien, Esq. <br> Attorney for BANK OF AMERICA, N.A., Secured Creditor | Case No.: **18-27100-VFP** <br><br> Chapter 13 <br><br> Judge Vincent F. Papalia |
| In Re: <br><br> **Anthony S. Sciancalepore,** <br><br>          **Debtor.** | |

# CERTIFICATION OF SERVICE

1. I, Jennifer Blanchard :

   ❑   represent the _____ in this matter.

   ■   am the secretary/paralegal for FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP, who represents BANK OF AMERICA, N.A. in this matter.

   ❑   am the _____ in this case and am representing myself.

2. On  September 5, 2018 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: *Notice of Appearance and Request.*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 09/05/2018               */s/ Jennifer Blanchard*
                          Jennifer Blanchard

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Road,<br>Suite 330<br>Fairfield, NJ 07004 | **TRUSTEE** | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>■ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |
| David L. Stevens<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | **DEBTOR'S ATTORNEY** | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>■ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |
| Anthony S. Sciancalepore<br>201 Carlton Ave.<br>East Rutherford, NJ 07073 | **DEBTOR** | ❏ Hand-delivered<br>■ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |

*\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.*

*New 08/01/2016*