Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  18−27100−VFP
                Chapter:  13
                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony S. Sciancalepore
   201 Carlton Ave.
   East Rutherford, NJ 07073

Social Security No.:
   xxx−xx−4900

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/24/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 24, 2018
JAN: jf

                                                              Jeanne Naughton
                                                              Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 18-27100-VFP
Anthony S. Sciancalepore                                       Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                 Page 1 of 1           Date Rcvd: Oct 24, 2018
                             Form ID: 148                Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db             +Anthony S. Sciancalepore,    201 Carlton Ave.,    East Rutherford, NJ 07073-1003
517723167      +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
517737350      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,     PO Box 41021,
                 Norfolk, VA 23541-1021
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2018 00:26:02      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2018 00:25:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517723164       EDI: BANKAMER.COM Oct 25 2018 03:53:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
517723165      +EDI: CAPITALONE.COM Oct 25 2018 03:53:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517799568       EDI: CAPITALONE.COM Oct 25 2018 03:53:00      Capital One Bank (USA), N.A.,     PO Box 71083,
                 Charlotte, NC 28272-1083
517723166      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 25 2018 00:25:36      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
              David L. Stevens    on behalf of Debtor Anthony S. Sciancalepore dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesp
               osito@scuramealey.com
              Denise E. Carlon    on behalf of Creditor   DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              Sean M. O'Brien    on behalf of Creditor   BANK OF AMERICA, N.A. sobrien@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```