SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 18-27100

Re:  ANTHONY S. SCIANCALEPORE　　　　　　　　　Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
　　　201 CARLTON AVE.　　　　　　　　　　　　　　　　　　　1599 HAMBURG TURNPIKE
　　　EAST RUTHERFORD,  NJ  07073　　　　　　　　　　　　WAYNE, NJ  07470

## RECEIPTS AS OF 12/31/2018                              (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/23/2018 | $600.00 | 5332810000 | 12/20/2018 | $400.00 | 5481540000 |

**Total Receipts: $1,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $1,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018      (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 57.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE BANK | UNSECURED | 1,179.10 | 0.00% | 0.00 | 0.00 |
| 0003 | DITECH | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | THE BUREAUS INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Total Paid: $57.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $1,000.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $57.00    =    Funds on Hand: $943.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.