**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE: Anthony S. Sciancalepore

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>Name of Transferee | Ditech Financial LLC<br>Name of Transferor |

Name and Address where notices to transferee should be sent:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

Court Claim # (if known): 2-1
Amount of Claim: $262,412.83
Date Claim Filed: 04/03/2019

Phone: 800-365-7107
Last Four Digits of Acct #: 8218

Phone: (888) 298-7785
Last Four Digits of Acct #: 5221

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ *Aleisha Jennings*
Transferee/Transferee's Agent

Date: December 17, 2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 18, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following parties:

Anthony S. Sciancalepore
201 Carlton Ave.
East Rutherford, NJ 07073

And via electronic mail to:

David L. Stevens
Scura, Wigfield, Heyer & Stevens
1599 Hamburg Turnpike
Wayne, NJ 07470

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

                                                 RAS CRANE LLC
                                                 Authorized Agent for Secured Creditor
                                                 10700 Abbott's Bridge Road, Suite 170
                                                 Duluth, GA 30097
                                                 Telephone: 470-321-7112
                                                 Facsimile: 404-393-1425

                                                 By: /s/ Alexandra DeCastro
                                                 Email: adecastro@rasflaw.com