SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 18-27100

Re:  ANTHONY S. SCIANCALEPORE              Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
     201 CARLTON AVE.                              1599 HAMBURG TURNPIKE
     EAST RUTHERFORD,  NJ  07073                   WAYNE, NJ  07470

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $13,500.00**

## RECEIPTS AS OF 01/15/2020         (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/23/2018 | $600.00 | 5332810000 | 12/20/2018 | $400.00 | 5481540000 |
| 02/12/2019 | $400.00 | 5618662000 | 04/03/2019 | $400.00 | 5757943000 |
| 04/30/2019 | $225.00 | 5819861000 | 05/30/2019 | $225.00 | 5895257000 |
| 07/15/2019 | $225.00 | 6013869000 | 09/09/2019 | $450.00 | 6161231000 |
| 12/17/2019 | $675.00 | 6412279000 | 01/09/2020 | $225.00 | 6469487000 |

**Total Receipts: $3,825.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $3,825.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 186.97 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,060.00 | 100.00% | 2,784.83 | 275.17 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,179.10 | * | 0.00 | |
| 0003 | NEWREZ LLC | MORTGAGE ARRE | 9,058.94 | 100.00% | 0.00 | |
| 0004 | THE BUREAUS INC | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $2,971.80**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $3,825.00   -   Paid to Claims: $0.00   -   Admin Costs Paid: $2,971.80   =   Funds on Hand: $853.20

**Chapter 13 Case # 18-27100**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.