UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, pa 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
NewRez LLC d/b/a Shellpoint Mortgage Servicing

Order Filed on December 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Anthony S. Sciancalepore,

Debtor.

Case No.: 18-27100 VFP

Adv. No.:

Hearing Date: 11/19/2020 @ 10:00 a.m..

Judge: Vincent F. Papalia

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 28, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor:  Anthony S. Sciancalepore
Case No:  18-27100 VFP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, NewRez LLC d/b/a Shellpoint Mo, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 201 Carlton Ave, East Rutherford, NJ 07073, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and David L. Stevens, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of December 3, 2020, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due June 2020 through December 2020 for a total post-petition default of $12,992.68 (7 @ $2,101.17, $1,715.51 less suspense); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $12,992.68 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the debtor will file a modified plan within twenty days of the entry of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume January 1, 2021, directly to Secured Creditor's servicer, Shellpoint Mortgage Servicing LLC, P.O. Box 10826, Greenville, SC 29603 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and motion for relief is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:  
Anthony S. Sciancalepore  
    Debtor(s)

Case No. 18-27100-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　User: admin　　　　Page 1 of 2  
Date Rcvd: Dec 29, 2020　　　　Form ID: pdf903　　　　Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol　　Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

**Recip ID　　Recipient Name and Address**  
db　　+ Anthony S. Sciancalepore, 201 Carlton Ave., East Rutherford, NJ 07073-1003

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020　　　　Signature:　　　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

**Name　　Email Address**

Aleisha Candace Jennings  
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@rasflaw.com

David L. Stevens  
    on behalf of Debtor Anthony S. Sciancalepore dstevens@scura.com  
    ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

Denise E. Carlon  
    on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon  
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg  
    magecf@magtrustee.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 29, 2020 | Form ID: pdf903 | Total Noticed: 1 |

Rebecca Ann Solarz
    on behalf of Creditor DITECH FINANCIAL LLC rsolarz@kmllawgroup.com

Sean M. O'Brien
    on behalf of Creditor BANK OF AMERICA  N.A. DMcDonough@flwlaw.com

Sindi Mncina
    on behalf of Creditor DITECH FINANCIAL LLC smncina@rascrane.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9