SCURA WIGFIELD HEYER & STEVENS, LLP  
1599 HAMBURG TURNPIKE  
WAYNE, NJ  07470

Re:  ANTHONY S. SCIANCALEPORE      Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP  
201 CARLTON AVE.     1599 HAMBURG TURNPIKE  
EAST RUTHERFORD,  NJ  07073     WAYNE, NJ  07470

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 18-27100

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $28,705.00**

### RECEIPTS AS OF 01/15/2021 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/23/2018 | $600.00 | 5332810000 | 12/20/2018 | $400.00 | 5481540000 |
| 02/12/2019 | $400.00 | 5618662000 | 04/03/2019 | $400.00 | 5757943000 |
| 04/30/2019 | $225.00 | 5819861000 | 05/30/2019 | $225.00 | 5895257000 |
| 07/15/2019 | $225.00 | 6013869000 | 09/09/2019 | $450.00 | 6161231000 |
| 12/17/2019 | $675.00 | 6412279000 | 01/09/2020 | $225.00 | 6469487000 |
| 02/21/2020 | $225.00 | 6574180000 | 03/11/2020 | $225.00 | 6632482000 |
| 04/20/2020 | $225.00 | 6725219000 | 06/26/2020 | $225.00 | 26804000248 |
| 06/26/2020 | $225.00 | 26804000250 | 07/22/2020 | $230.00 | 26804004873 |
| 08/13/2020 | $240.00 | 19116200667 | 08/25/2020 | $240.00 | 19116200799 |
| 09/22/2020 | $240.00 | 19168029566 | 10/06/2020 | $240.00 | 19168029264 |
| 12/16/2020 | $250.00 | 19208280401 | 12/16/2020 | $250.00 | 19208280409 |

**Total Receipts: $6,640.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $6,640.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021 (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| NEWREZ LLC | | | | | | | |
| | 02/10/2020 | $578.03 | 842,850 | | 04/20/2020 | $426.60 | 846,671 |
| | 06/15/2020 | $202.50 | 850,278 | | 07/20/2020 | $416.24 | 852,054 |
| | 08/17/2020 | $212.75 | 853,930 | | 09/21/2020 | $444.00 | 855,709 |
| | 10/19/2020 | $222.00 | 857,609 | | 11/16/2020 | $222.00 | 859,401 |
| | 01/11/2021 | $147.54 | 863,031 | | 01/11/2021 | $314.96 | 863,031 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 393.38 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,060.00 | 100.00% | 3,060.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,179.10 | * | 0.00 | |
| 0003 | NEWREZ LLC | MORTGAGE ARRE | 9,058.94 | 100.00% | 2,871.66 | |

**Chapter 13 Case # 18-27100**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0004 | THE BUREAUS INC | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | NEWREZ LLC | (NEW) MTG Agree | 13,523.68 | 100.00% | 314.96 | |

**Total Paid: $6,640.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $6,640.00    -    Paid to Claims: $3,186.62    -    Admin Costs Paid: $3,453.38    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.