SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:   ANTHONY S. SCIANCALEPORE
201 CARLTON AVE.
EAST RUTHERFORD,  NJ  07073

Atty:   SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 18-27100

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $13,630.00**

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 10/23/2018 | $600.00 | 5332810000 | 12/20/2018 | $400.00 | 5481540000 |
| 02/12/2019 | $400.00 | 5618662000 | 04/03/2019 | $400.00 | 5757943000 |
| 04/30/2019 | $225.00 | 5819861000 | 05/30/2019 | $225.00 | 5895257000 |
| 07/15/2019 | $225.00 | 6013869000 | 09/09/2019 | $450.00 | 6161231000 |
| 12/17/2019 | $675.00 | 6412279000 | 01/09/2020 | $225.00 | 6469487000 |
| 02/21/2020 | $225.00 | 6574180000 | 03/11/2020 | $225.00 | 6632482000 |
| 04/20/2020 | $225.00 | 6725219000 | 06/26/2020 | $225.00 | 26804000248 |
| 06/26/2020 | $225.00 | 26804000250 | 07/22/2020 | $230.00 | 26804004873 |
| 08/13/2020 | $240.00 | 19116200667 | 08/25/2020 | $240.00 | 19116200799 |
| 09/22/2020 | $240.00 | 19168029566 | 10/06/2020 | $240.00 | 19168029264 |
| 12/16/2020 | $250.00 | 19208280401 | 12/16/2020 | $250.00 | 19208280409 |
| 02/23/2021 | $240.00 | 19236056414 | 03/09/2021 | $240.00 | 19236056537 |
| 03/09/2021 | $240.00 | 19208280657 | 04/07/2021 | $225.00 | 19236056654 |
| 04/27/2021 | $225.00 | 19236056752 | 05/11/2021 | $250.00 | 19168029324 |
| 06/23/2021 | $250.00 | 19272852836 | 07/23/2021 | $250.00 | 19272853019 |
| 09/13/2021 | $250.00 | 19296921683 | 09/13/2021 | $250.00 | 19296921684 |
| 10/06/2021 | $250.00 | 19296921827 | 10/21/2021 | $250.00 | 19296921934 |
| 11/19/2021 | $250.00 | 19006754100 | 12/22/2021 | $250.00 | 19006754272 |

**Total Receipts: $10,060.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $10,060.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|---|------|--------|---------|
| NEWREZ LLC | | | | | | | |
| | 02/10/2020 | $578.03 | 842,850 | | 04/20/2020 | $426.60 | 846,671 |
| | 06/15/2020 | $202.50 | 850,278 | | 07/20/2020 | $416.24 | 852,054 |
| | 08/17/2020 | $212.75 | 853,930 | | 09/21/2020 | $444.00 | 855,709 |
| | 10/19/2020 | $222.00 | 857,609 | | 11/16/2020 | $222.00 | 859,401 |
| | 01/11/2021 | $147.54 | 863,031 | | 01/11/2021 | $314.96 | 863,031 |

**Chapter 13 Case # 18-27100**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 03/15/2021 | $70.82 | 866,541 | | 03/15/2021 | $151.18 | 866,541 |
| | 04/19/2021 | $141.63 | 868,153 | | 04/19/2021 | $302.37 | 868,153 |
| | 05/17/2021 | $132.78 | 870,088 | | 05/17/2021 | $283.46 | 870,088 |
| | 06/21/2021 | $74.96 | 871,861 | | 06/21/2021 | $160.04 | 871,861 |
| | 07/19/2021 | $74.96 | 873,687 | | 07/19/2021 | $160.04 | 873,687 |
| | 08/16/2021 | $74.96 | 875,375 | | 08/16/2021 | $160.04 | 875,375 |
| | 10/18/2021 | $149.93 | 878,873 | | 10/18/2021 | $320.07 | 878,873 |
| | 11/17/2021 | $151.52 | 880,578 | | 11/17/2021 | $323.48 | 880,578 |
| | 12/13/2021 | $75.76 | 882,214 | | 12/13/2021 | $161.74 | 882,214 |
| | 01/10/2022 | $75.76 | 883,873 | | 01/10/2022 | $161.74 | 883,873 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 606.14 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,060.00 | 100.00% | 3,060.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,179.10 | * | 0.00 | |
| 0003 | NEWREZ LLC | MORTGAGE ARRE | 9,058.94 | 100.00% | 3,894.74 | |
| 0004 | THE BUREAUS INC | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | NEWREZ LLC | (NEW) MTG Agree | 13,523.68 | 100.00% | 2,499.12 | |

**Total Paid: $10,060.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $10,060.00   -   Paid to Claims: $6,393.86   -   Admin Costs Paid: $3,666.14   =   Funds on Hand: $0.00

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.