UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer
Stevens & Cammarotta, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
Tel.: 973-696-8391
Jamal J Romero
jromero@scura.com
Counsel for Debtor

Case No.: 18-27100
Chapter: 13

In Re:

Anthony S. Sciancalepore,
                          Debtor.

Adv. No.:
Hearing Date:
Judge: VFP

## CERTIFICATION OF SERVICE

1. I, Silvia Pereyra :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for SWHS&C, LLP, who represents Debtor in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On November 3, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Certification in Opposition to Certification of Default of Standing Trustee

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 3, 2022

/s/ Silvia Pereyra
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Ch.13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |