| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Scura, Wigfield, Heyer<br>Stevens & Cammarotta, LLP<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470<br>Tel.: 973-696-8391<br>Paul Evangelista<br>pevangelista@scura.com<br>Counsel for Debtors | |
| In Re:<br><br>Anthony S. Sciancalepore,<br><br>　　　　　　　　　　　Debtor. | |

| | |
|---|---|
| Case No.: | 18-27100 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | 01/05/2023 10:00AM |
| Judge: | VFP |

## CERTIFICATION OF SERVICE

1. I, __Silvia Pereyra__ :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for __SWHS&C, LLP__, who represents __Debtor__ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On __December 27, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Chapter 13 Plan Transmittal, Modified Chapter 13 Plan - After Confirmation, and Amended Schedule(s) : I,J,Summary of Schedules, Declaration

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __December 27, 2022__                                    /s/ Silvia Pereyra
                                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Ch.13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Anthony S. Sciancalepore<br>201 Carlton Ave.<br>East Rutherford, NJ 07073 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Frenkel Lambert Weiss Weissman Gordon LLP<br>c/o Sean M. O'Brien, Esq.<br>80 Main Street, Suite 460<br>West Orange, NJ 07052 | Counsel for Bank of America | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| KML Law Group, PC<br>c/o Denise E. Carlon, Esq.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel for Ditech/NewRez LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Pluese, Becker & Saltzman, LLC<br>c/o Robert P. Saltzman, Esq.<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318 | Counsel for Gregory Funding LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |