Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−27100−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony S. Sciancalepore
   201 Carlton Ave.
   East Rutherford, NJ 07073

Social Security No.:
   xxx−xx−4900

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after November 15, 2023 for the reason(s) indicated below.

☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: October 16, 2023
JAN: dlr

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 18-27100-VFP

Anthony S. Sciancalepore                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Oct 16, 2023      Form ID: clsnodsc      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony S. Sciancalepore, 201 Carlton Ave., East Rutherford, NJ 07073-1003 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 16 2023 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 16 2023 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2023 at the address(es) listed below:

**Name**      **Email Address**

Aleisha Candace Jennings
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com

David L. Stevens
    on behalf of Debtor Anthony S. Sciancalepore dstevens@scura.com
    ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 16, 2023 | Form ID: clsnodsc | Total Noticed: 3 |

@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com

Denise E. Carlon

    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com
    bkgroup@kmllawgroup.com

Denise E. Carlon

    on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jamal J Romero

    on behalf of Debtor Anthony S. Sciancalepore jromero@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com

Marie-Ann Greenberg

    magecf@magtrustee.com

Paul Evangelista

    on behalf of Debtor Anthony S. Sciancalepore pevangelista@scura.com
    pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;spereyra@scura.com;aknapp@scura.com

Robert P. Saltzman

    on behalf of Creditor Barclays Mortgage Trust 2021-NPL1  Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank
    National Association, as Indenture Trustee dnj@pbslaw.org

Sean O'Brien

    on behalf of Creditor BANK OF AMERICA  N.A. sean@piekarski-law.com

Sindi Mncina

    on behalf of Creditor DITECH FINANCIAL LLC smncina@raslg.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11