| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>SCURA, WIGFIELD, HEYER,<br>STEVENS & CAMMAROTA, LLP<br>1 Harmon Meadow Blvd., Suite 201<br>Secaucus, New Jersey 07094<br>Tel.: 973-696-8391<br>David L. Stevens<br>Dstevens@scura.com<br>Counsel for Debtor | Order Filed on May 2, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Anthony S. Sciancalepore,<br>              Debtor. | Case No:    18-27100-VFP<br>Chapter:    13<br>Hearing Date:    May 2, 2024, 10am<br>Judge:    Vincent F. Papalia |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**        ☐ **LIEN**        ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 2, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 201 Carlton Ave, E Rutherford, NJ 07073

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: Countrywide Bank, FSB
    b. Current Assignee: Bank of America
    c. Current Servicer: Select Portfolio Servicing, Inc.
    d. Date of Mortgage/Lien: 8/13/2007
    e. Date of Recordation: 8/22/2007
    f. Place of Recordation: Bergen County
       i. Mortgage Book: 16942
      ii. Page: 793
    g. Original Principal Balance of Mortgage/Lien: $ 74,400.00

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*