**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1 Harmon Meadow Blvd., Suite 201
Secaucus, New Jersey 07094
Tel.: 973-696-8391
David L. Stevens
Dstevens@scura.com
Counsel for Debtor

In Re:

Anthony S. Sciancalepore,
                    Debtor.

**Order Filed on May 2, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No:        18-27100-VFP

Chapter:              13

Hearing Date:    May 2, 2024, 10am

Judge:         Vincent F. Papalia

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**      ☐ **LIEN**      ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 2, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐  The debtor's motion is denied.

☒  The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 201 Carlton Ave, E Rutherford, NJ 07073

Description of Mortgage/Judgment Lien:

a.  Original Mortgagee/Lienholder: Countrywide Bank, FSB

b.  Current Assignee: Bank of America

c.  Current Servicer: Select Portfolio Servicing, Inc.

d.  Date of Mortgage/Lien: 8/13/2007

e.  Date of Recordation: 8/22/2007

f.  Place of Recordation: Bergen County

   i.  Mortgage Book: 16942

   ii.  Page: 793

g.  Original Principal Balance of Mortgage/Lien: $ 74,400.00

---

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

---

*rev.12/1/17*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-27100-VFP

Anthony S. Sciancalepore                                                       Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 03, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2024:**

**Recip ID                    Recipient Name and Address**
db                      + Anthony S. Sciancalepore, 201 Carlton Ave., East Rutherford, NJ 07073-1003

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2024                          Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2024 at the address(es) listed below:**

**Name                              Email Address**

Aleisha Candace Jennings
                        on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com

David L. Stevens
                        on behalf of Debtor Anthony S. Sciancalepore dstevens@scura.com
                        dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromer
                        o@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura

Denise E. Carlon
                        on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com
                        bkgroup@kmllawgroup.com

Denise E. Carlon
                        on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Douglas J. McDonough
                        on behalf of Creditor ABS Loan Trust VI dmcdonough@flwlaw.com

District/off: 0312-2

User: admin

Page 2 of 2

Date Rcvd: May 03, 2024

Form ID: pdf903

Total Noticed: 1

Jamal J Romero

on behalf of Debtor Anthony S. Sciancalepore jromero@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;sterry@scura.com

Marie-Ann Greenberg

magecf@magtrustee.com

Paul Evangelista

on behalf of Debtor Anthony S. Sciancalepore pevangelista@scura.com
pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;sterry@scura.com

Robert P. Saltzman

on behalf of Creditor Barclays Mortgage Trust 2021-NPL1  Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank
National Association, as Indenture Trustee dnj@pbslaw.org

Sean O'Brien

on behalf of Creditor BANK OF AMERICA  N.A. sean.obrien.1108@gmail.com

Sindi Mncina

on behalf of Creditor DITECH FINANCIAL LLC smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12